■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR LUIS FELICIANO, Appellant.— Order entered on July 7, 1967, unanimously affirmed. The order of this court entered on October 15, 1968, which dismissed appeal from judgment rendered March 23, 1967, is hereby vacated. No opinion. Concur — Eager, J. P., Steuer, Tilzer, Rabin and Macken, JJ.